# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **LISA MCLOUGHLIN** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO.: 1:23-CV-159-TBM-RPM** |
| **SAM'S EAST, INC** | |
| **SAM'S WEST, INC** | **DEFENDANTS** |

## ORDER OF DISMISSAL

The parties have agreed to, and announced to the Court, a confidential resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 3rd day of June, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

PD.45572425.1